| ATTORNEY NAME NO. Phillip M. Miller, Esq. (SBN 87877) Saltzman & Johnson Law Corporation 120 Howard Street, Suite 520 San Francisco, CA 94105 | TELEPHONE (415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR PLAINTIFFS | | | | |
| COURT UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE California Service Employees Health & Welfare Trust Fund vs. A & B Maintenance, Inc. | | | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07-04945 TEH |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons
Complaint
Order Setting Initial Case Management Conference
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Order of the Honorable Thelton B. Henderson and Standing Order for all Judges of the Northern District of California Re Contents of Joint Case Management Statement
Declination to Proceed before a Magistrate Judge
ECF Registration Information Handout
Welcome to the United States District Court, San Francisco
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
Form: Consent to Proceed before a United States Magistrate Judge
Public Notice-Magistrate Judge, U.S. District Court, Northern District of California
Instructions for Completion of ADR Forms Regarding Selection of an ADR Process
Form: Stipulation and [Proposed Order] Selecting ADR Process
Form: Notice of Need for ADR Phone Conference, ADR Certification,
Form: ADR Certification by Parties and Counsel
ADR Dispute Resolution Procedures Handbook

Name: A & B Maintenance, Inc.

Date of Delivery: 10/01/07
Time of Delivery: 1:30 a.m.

Place of Service:   405 E. Gardena Boulevard, Suite A
                    Gardena, CA 90247

Manner of Service: Personal Service – by handing documents to Jane Doe, manager of A & B Maintenance and person authorized to accept service.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in Los Angeles, CA.

Theresa's Messenger Service
P.O. Box 190543

San Francisco, CA 94119
(415) 760-2188

Signature: _Kirk Jackson_
Name: Kirk Jackson
Title: RPS, Los Angles # 5118

## PROOF OF SERVICE