PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>A & B MAINTENANCE, INC., a California corporation,<br><br>Defendant. | Case No.:  C 07-04945 TEH<br><br>**REQUEST TO ENTER DEFAULT AND DECLARATION OF PHILIP M. MILLER** |

**TO THE CLERK:**

Please enter the default of defendant A & B Maintenance, Inc., a California corporation, on the Complaint in the above-entitled action. This request is based on the fact that defendant has failed to plead or otherwise defend or appear in this action, and the time permitted for such pleadings, defense or other appearance has run.

Attached hereto as Exhibit A is a copy of the electronically-filed Proof of Service on defendant A & B Maintenance, Inc., electronically filed with the Court on October 16, 2007.

/ / /

1   I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2   entitled action, and that the foregoing is true of my own knowledge.
3   Executed this 22nd day of October, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
    Philip M. Miller

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 23, 2007, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**REQUEST TO ENTER DEFAULT AND**
**DECLARATION OF PHILIP M. MILLER**

<u>XX</u>   **MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

A & B Maintenance, Inc.
405 East Gardena Blvd., Suite A
Gardena, CA   90247

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23nd of October, 2007 at San Francisco, California.

_____
Julie Jellen

xs

# EXHIBIT A

# TO REQUEST TO ENTER DEFAULT

# AND DECLARATION OF

# PHILIP M. MILLER

| ATTORNEY NAME NO. Phillip M. Miller, Esq. (SBN 87877) Saltzman & Johnson Law Corporation 120 Howard Street, Suite 520 San Francisco, CA 94105 | TELEPHONE (415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR PLAINTIFFS | | | | |
| COURT UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE California Service Employees Health & Welfare Trust Fund vs. A & B Maintenance, Inc. | | | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07-04945 TEH |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons
Complaint
Order Setting Initial Case Management Conference
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Order of the Honorable Thelton B. Henderson and Standing Order for all Judges of the Northern District of California Re Contents of Joint Case Management Statement
Declination to Proceed before a Magistrate Judge
ECF Registration Information Handout
Welcome to the United States District Court, San Francisco
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
Form: Consent to Proceed before a United States Magistrate Judge
Public Notice-Magistrate Judge, U.S. District Court, Northern District of California
Instructions for Completion of ADR Forms Regarding Selection of an ADR Process
Form: Stipulation and [Proposed Order] Selecting ADR Process
Form: Notice of Need for ADR Phone Conference, ADR Certification,
Form: ADR Certification by Parties and Counsel
ADR Dispute Resolution Procedures Handbook

Name: A & B Maintenance, Inc.

Date of Delivery: 10/01/07
Time of Delivery: 1:30 a.m.

Place of Service:   405 E. Gardena Boulevard, Suite A
                    Gardena, CA 90247

Manner of Service: Personal Service – by handing documents to Jane Doe, manager of A & B Maintenance and person authorized to accept service.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in Los Angeles, CA.

Theresa's Messenger Service
P.O. Box 190543

San Francisco, CA 94119
(415) 760-2188

Signature: _Kirk Jackson_
Name: Kirk Jackson
Title: RPS, Los Angles # 5118

PROOF OF SERVICE         **EXHIBIT A**