**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 26, 2007

RE:  CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al. -v-    A & B Maintenance, Inc., Case Number C-07-4945-TEH

    **Default** is *Entered* as to *Defendant  A & B Maintenance, Inc.*  on  October 26, 2007.

    RICHARD W. WIEKING, Clerk

    by:  Thelma Nudo
        Deputy Clerk

NDC TR-4  Rev. 3/89