IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SERVICE
EMPLOYEES HEALTH &
WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

A & B MAINTENANCE, INC.,

Defendant.

NO. C07-4945 TEH

ORDER SEALING
DOCUMENTS

Exhibit D to the Declaration of Adolfo Gamez and Exhibit A to the Declaration of Crystal Shanks, both filed on November 30, 2007, contain private personal data in violation of Civil Local Rule 3-17. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk shall remove from the electronic filing system docket number 9 (Declaration of Adolfo Gamez) and docket number 10 (Declaration of Crystal Shanks).

2. Plaintiffs shall electronically file redacted versions of these documents no later than **December 17, 2007.**

3. Plaintiffs shall submit to the Clerk paper copies of the unredacted versions of these documents no later than **December 17, 2007.** These unredacted versions shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  12/13/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT