1 | PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
2 | SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 | San Francisco, CA 94105
(415) 882-7900
4 | (415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
5 | kmcculloch@sjlawcorp.com

6 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>A & B MAINTENANCE, INC., a California corporation,<br><br>Defendant. | Case No.:  C 07-04945 TEH<br><br>**APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING DATE<br>AND PROPOSED ORDER**<br><br>**Date:**  **January 7, 2008**<br>**Time:**  1:30 p.m.<br>**Judge:**  Hon. Thelton E. Henderson<br>Courtroom 12, 19th Floor |

Plaintiffs respectfully request that the Case Management Conference scheduled in this matter be continued until May 5, 2008. On October 26, 2007, Default was entered as to Defendant A & B Maintenance, Inc. (A & B). Plaintiffs filed a Motion for Partial Judgment by Default on November 30, 2007, seeking an audit of the records of A & B, needed to determine all amounts owed by A & B to Plaintiff Trust. Plaintiffs need to audit A & B because it has breached its obligation to report voluntarily the employees entitled to health care coverage and the contributions due to the Trust on behalf of its employees. When the audit is completed, Plaintiffs

APPLICATION TO CONTINUE CASE MANAGEMENT
CONFERENCE HEARING DATE AND PROPOSED ORDER
Case No.:  C 07-04945 THE

Clients/CSEHT/Cases/ABMAI/Pleadings/Continue CMC Application.doc

intend to promptly move for judgment by default based on the findings of the auditors. Therefore, a Case Management Conference may not be needed.

Dated: November 30, 2007

Respectfully submitted,

*Philip M. Miller*

Saltzman & Johnson Law Corporation
By: Philip M. Miller

**IT IS SO ORDERED.**

Date: _____

THELTON E. HENDERSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPLICATION TO CONTINUE CASE MANAGEMENT
CONFERENCE HEARING DATE AND PROPOSED ORDER
Case No.: C 07-04945 THE

Clients/CSEHT/Cases/ABMAI/Pleadings/Continue CMC Application.doc

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 30, 2007, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**APPLICATION TO CONTINUE
CASE MANAGEMENT CONFERENCE HEARING DATE
AND PROPOSED ORDER**

XX   **MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

A & B Maintenance, Inc.
405 East Gardena Blvd., Suite A
Gardena, CA  90247

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of November, 2007 at San Francisco, California.

_____
Julie Jellen