PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>A & B MAINTENANCE, INC., a California corporation,<br><br>Defendant. | Case No.:   C 07-04945 TEH<br><br>**REDACTED VERSION OF THE DECLARATION OF CRYSTAL SHANKS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT BY DEFAULT**<br><br>Date:   January 7, 2008<br>Time:   10:00 a.m.<br>Judge:   Hon. Thelton E. Henderson<br>Courtroom 12, 19th Floor |

I, Crystal Shanks, state:

1. I am an Assistant Vice President and Department Head of the Employer Accounting Department for Associated Third Party Administrators which is employed by Plaintiff California Service Employees Health & Welfare Trust Fund ("Trust") to administer, among other things, the Trust's health and welfare plan and act as liaison between the Trust and its covered members and their employers signatory to collective bargaining agreements. I direct a staff which records and maintains monthly reports from employers of hours worked by their covered employees and of contributions due from each contributing employer. Under my direction, my department maintains records of payments received by contributing employers, and calculates and

bills employers for liquidated damages and interest due under the Trust Agreement and under the collection policy of the Fund for monthly delinquencies. (See Exhibits A-C to the Declaration of Philip M. Miller filed herewith). My department obtains and retains collective bargaining agreements between contributing employers and local unions affiliated with the Trust which create the employer's obligation to contribute to the Fund. The data are recorded close in time to the events to which they pertain and are created and maintained in the ordinary course of business of the Trust.

2.  My department has on file the Maintenance Contractors Market Agreement between Defendant A & B Maintenance, Inc. ("A & B") and Local 1877 California Service Employees International Union ("Local 1877") for the period March 1, 2001 through February 28, 2005, and the Memorandum of Agreement between A & B and Local 1877, effective October 3, 2005. (See Exhibits A, and B, respectively, to the Declaration of Adolfo Gamez filed herewith).

3.  According to our records and from records provided to us by Local 1877, (see Exhibit D to Declaration of Adolfo Gamez filed herewith), A & B has failed to submit monthly reports for all of its covered employees and to pay contributions due on their behalf for hours worked during the period October 2005 through May 2006. Attached hereto as Exhibit A is a collective report of contributions submitted by A & B for the period November 2005 through May 2006. Further, A & B has failed to submit monthly reports of covered employees, or to pay contributions due on their behalf, for the period May 2007 through October 2007. Under my direction, a report entitled "A and B Maintenance Account #01300 Unpaid Employee List for the Period October 2005 through October 2007 Hours" was compiled in order to identify employees of A & B who have not been reported, but are covered under the Agreements. A true and correct copy of the list is attached hereto as Exhibit B.

/ / /

4.  In instances where an employer fails to submit a report, contributions are estimated based on the last received report, in accordance with Trust policy. Based upon Exhibits A and B, under my supervision this office calculated estimated contributions owed by A & B to the Trust. We *estimate* that a total of $89,384.25 is owed by A & B for delinquent contributions, liquidated damages and interest due for the periods October 2005 through May 2006 and May 2007 through October 2007; and liquidated damages and interest assessed on contributions paid late during the period August 2006 through April 2007. A spreadsheet prepared by my staff under my supervision, itemizing the total estimated delinquency of A & B, is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 29th day of November, 2007, at Alameda, California.

_____
CRYSTAL SHANKS

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 30, 2007, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF CRYSTAL SHANKS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT BY DEFAULT**

XX   **MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

A & B Maintenance, Inc.
405 East Gardena Blvd., Suite A
Gardena, CA  90247

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of November, 2007 at San Francisco, California.

_____
Julie Jellen

# EXHIBIT A

# TO DECLARATION OF

# CRYSTAL SHANKS

# IN SUPPORT OF PLAINTIFFS' MOTION

# FOR PARTIAL JUDGMENT BY DEFAULT

EXHIBIT A TO DECLARATION OF CRYSTAL SHANKS
CASE NO. C 07-04945 TEH

7/7/06

**A&B MAINTENANCE, INC.**
405 E. Gardena Blvd. Suite #A
Gardena, CA 90247
Ph: 310-768-1458

## CALIFORNIA SERVICE EMPLOYEE HEALTH AND WELFARE TRUST FUND
### CONTRIBUTION REPORT

| EMPLOYEE ID | UNION EMPLOYEES' | STORE # | PAY RATE | START DATE | TERMINATED | CONTRIBUTION NOV.- DEC. 05 TO JAN THRU MAY 06 |
|---|---|---|---|---|---|---|
| 8765 | ARENAS, TRINDAD | 632 | 10.25 | 10/18/05 | 5/15/06 | 3,991.40 |
| 7113 | MORALES, ARRON | 632 | 10.25 | 10/18/05 | | 3,991.40 |
| | | | | | TOTAL: | 7,982.80 |

MEDICAL INS. PMT.

MANAGER SIGNATURE: _____

# EXHIBIT A

# EXHIBIT B

# TO DECLARATION OF

# CRYSTAL SHANKS

# IN SUPPORT OF PLAINTIFFS' MOTION

# FOR PARTIAL JUDGMENT BY DEFAULT

A and B MAINTENANCE ACCOUNT #01300
UNPAID EMPLOYEE LIST FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

| WORK MONTH | LAST NAME | FIRST NAME | SSN | H&W AMOUNT DUE | | COMMENTS |
|---|---|---|---|---|---|---|
| OCTOBER 2005 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| OCTOBER 2005 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,140.40 | |
| NOVEMBER 2005 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| NOVEMBER 2005 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,140.40 | |
| DECEMBER 2005 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| DECEMBER 2005 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,140.40 | |
| JANUARY 2006 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| JANUARY 2006 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,140.40 | |
| FEBRUARY 2006 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| FEBRUARY 2006 | FLORES | AURELIO | xxx-xx-1063 | $ | 570.20 | PER LIST PROVIDED BY SEIU |
| FEBRUARY 2006 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,710.60 | |
| MARCH 2006 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| MARCH 2006 | FLORES | AURELIO | xxx-xx-1063 | $ | 570.20 | PER LIST PROVIDED BY SEIU |
| MARCH 2006 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,710.60 | |
| APRIL 2006 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| APRIL 2006 | FLORES | AURELIO | xxx-xx-1063 | $ | 570.20 | PER LIST PROVIDED BY SEIU |
| APRIL 2006 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 1,710.60 | |
| MAY 2006 | ARENAS | TRINIDAD | xxx-xx-8765 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| MAY 2006 | FLORES | AURELIO | xxx-xx-1063 | $ | 570.20 | PER LIST PROVIDED BY SEIU |
| MAY 2006 | MORALES | IVAN | xxx-xx-4330 | $ | 570.20 | PER LIST PROVIDED BY SEIU |
| MAY 2006 | MORALES | AARON | xxx-xx-7113 | $ | 570.20 | PER LIST PROVIDED BY EMPLOYER |
| | | | | $ | 2,280.80 | |

Ca-svc/Reconciliations/A and B Maintenance.xls
Created on: 11/21/07

Page 1 of 5


EXHIBIT B

A and B MAINTENANCE ACCOUNT #01300
UNPAID EMPLOYEE LIST FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

### JUNE 2006 THROUGH APRIL 2007 HOURS - CONTRIBUTIONS PAID

| WORK MONTH | LAST NAME | FIRST NAME | SSN | H&W AMOUNT DUE | COMMENTS |
|---|---|---|---|---|---|
| MAY 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| MAY 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
|  |  |  |  | $ 8,697.00 |  |
| JUNE 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JUNE 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
|  |  |  |  | $ 8,697.00 |  |
| JULY 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |

A and B MAINTENANCE ACCOUNT #01300
UNPAID EMPLOYEE LIST FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

| WORK MONTH | LAST NAME | FIRST NAME | SSN | H&W AMOUNT DUE | COMMENTS |
|---|---|---|---|---|---|
| JULY 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | JACKSON | MARZETTE | xxx-xx-5011 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | REYES | NEREO | xxx-xx-1809 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | SALOMON | FERNANDO | xxx-xx-5763 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| JULY 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
|  |  |  |  | $ 10,436.40 |  |
| AUGUST 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | BADILLO | CELINA | xxx-xx-4829 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | BELTRAN | MARVIN | xxx-xx-2549 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | JACKSON | MARZETTE | xxx-xx-5011 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | QUIROS | DELIA | xxx-xx-6738 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | REYES | NEREO | xxx-xx-1809 | $ 579.80 | PER LIST PROVIDED BY SEIU |

A and B MAINTENANCE ACCOUNT #01300
UNPAID EMPLOYEE LIST FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

| WORK MONTH | LAST NAME | FIRST NAME | SSN | H&W AMOUNT DUE | COMMENTS |
|---|---|---|---|---|---|
| AUGUST 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | SALOMON | FERNANDO | xxx-xx-5763 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| AUGUST 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| | | | | $ 12,175.80 | |
| SEPTEMBER 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | ALVAREZ | CIRIACA | xxx-xx-5320 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | BADILLO | CELINA | xxx-xx-4829 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | BELTRAN | MARVIN | xxx-xx-2549 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | JACKSON | MARZETTE | xxx-xx-5011 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | QUIROS | DELIA | xxx-xx-6738 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | REYES | NEREO | xxx-xx-1809 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | SALOMON | FERNANDO | xxx-xx-5763 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| SEPTEMBER 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| | | | | $ 12,755.60 | |
| OCTOBER 2007 | ALVAREZ | BERNARDO | xxx-xx-7561 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | ALVAREZ | CIRIACA | xxx-xx-5320 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | AMARALES | DAVID | xxx-xx-1324 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | AYALA | ANTONIO | xxx-xx-8863 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | BADILLO | CELINA | xxx-xx-4829 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | BELTRAN | MARVIN | xxx-xx-2549 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | CABRERA | JESUS | xxx-xx-8991 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | GOMEZ-VELAZQUEZ | MARIO | xxx-xx-7889 | $ 579.80 | PER LIST PROVIDED BY SEIU |

A and B MAINTENANCE ACCOUNT #01300
UNPAID EMPLOYEE LIST FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

| WORK MONTH | LAST NAME | FIRST NAME | SSN | H&W AMOUNT DUE | COMMENTS |
|---|---|---|---|---|---|
| OCTOBER 2007 | HERNANDEZ | MARCIANO | xxx-xx-5936 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | HERNANDEZ-NAVA | EDGAR | xxx-xx-7564 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | JACKSON | MARZETTE | xxx-xx-5011 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | JIMENEZ | MARIA | xxx-xx-5432 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | JONES | ELLIOTT | xxx-xx-1701 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | LITTLE | DORNELL | xxx-xx-4594 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | LUCERO | JAVIER | xxx-xx-9662 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | MEZA | PEDRO | xxx-xx-7123 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | MORALES | AARON | xxx-xx-7113 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | MORALES | IVAN | xxx-xx-4330 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | QUIROS | DELIA | xxx-xx-6738 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | REYES | NEREO | xxx-xx-1809 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | REYES | AIDE | xxx-xx-8900 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | SALOMON | FERNANDO | xxx-xx-5763 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| OCTOBER 2007 | TURRUBIARTES (FLORES) | AURELIO | xxx-xx-1063 | $ 579.80 | PER LIST PROVIDED BY SEIU |
| | | | | $ 13,335.40 | |

# EXHIBIT C

# TO DECLARATION OF

# CRYSTAL SHANKS

# IN SUPPORT OF PLAINTIFFS' MOTION

# FOR PARTIAL JUDGMENT BY DEFAULT

EXHIBIT C TO DECLARATION OF CRYSTAL SHANKS
CASE NO. C 07-04945 TEH

CALIFORNIA SERVICE EMPLOYEES HEALTH and WELFARE TRUST FUND
A and B MAINTENANCE, INC, ACCOUNT #01300
DELINQUENCIES FOR PERIOD OCTOBER 2005 THROUGH OCTOBER 2007 HOURS

| WORK MONTH | PAYMENT DUE DATE | END DATE OF INTEREST CALCULATION OR DATE OF RECEIPT OF CONTRIBUTIONS | NO. OF DAYS LATE | NO. OF EMPLOYEES | CONTRIBUTION RATE | ESTIMATED OUTSTANDING CONTRIBUTIONS | ESTIMATED OR ACTUAL LIQUIDATED DAMAGES | ESTIMATED OR ACTUAL INTEREST | ESTIMATED OR ACTUAL TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Oct 2005 | 11/20/05 | 11/30/07 | 730 | 2 | $570.20 | $1,140.40 | $200.00 | $228.08 | $1,568.48 |
| Nov 2005 | 12/20/05 | 11/30/07 | 700 | 2 | $570.20 | $1,140.40 | $200.00 | $218.70 | $1,559.10 |
| Dec 2005 | 01/20/06 | 11/30/07 | 670 | 2 | $570.20 | $1,140.40 | $200.00 | $209.33 | $1,549.73 |
| Jan 2006 | 02/20/06 | 11/30/07 | 640 | 2 | $570.20 | $1,140.40 | $200.00 | $199.96 | $1,540.36 |
| Feb 2006 | 03/20/06 | 11/30/07 | 610 | 3 | $570.20 | $1,710.60 | $200.00 | $285.88 | $2,196.48 |
| Mar 2006 | 04/20/06 | 11/30/07 | 580 | 3 | $570.20 | $1,710.60 | $200.00 | $271.82 | $2,182.42 |
| Apr 2006 | 05/20/06 | 11/30/07 | 550 | 3 | $570.20 | $1,710.60 | $200.00 | $257.76 | $2,168.36 |
| May 2006 | 06/20/06 | 11/30/07 | 520 | 4 | $570.20 | $2,280.80 | $200.00 | $324.93 | $2,805.73 |
| Jun 2006 | 07/20/06 | 07/20/06 | 0 | 12 | $570.20 | PAID | $0.00 | $0.00 | $0.00 |
| Jul 2006 | 08/20/06 | 10/20/06 | 60 | 12 | $570.20 | PAID | $342.11 | $123.72 | $465.83 |
| Aug 2006 | 09/20/06 | 10/20/06 | 30 | 13 | $570.20 | PAID | $370.63 | $73.11 | $443.74 |
| Sep 2006 | 10/20/06 | 01/06/07 | 76 | 10 | $570.20 | PAID | $285.10 | $118.72 | $403.82 |
| Oct 2006 | 11/20/06 | 03/23/07 | 123 | 4 | $570.20 | PAID | $200.00 | $76.85 | $276.85 |
| Nov 2006 | 12/20/06 | 03/23/07 | 93 | 5 | $570.20 | PAID | $200.00 | $72.64 | $272.64 |
| Dec 2006 | 01/20/07 | 03/23/07 | 63 | 5 | $570.20 | PAID | $200.00 | $49.20 | $249.20 |
| Jan 2007 | 02/20/07 | 04/26/07 | 66 | 4 | $570.20 | PAID | $200.00 | $41.24 | $241.24 |
| Feb 2007 | 03/20/07 | 04/26/07 | 36 | 4 | $570.20 | PAID | $200.00 | $22.49 | $222.49 |
| Mar 2007 | 04/20/07 | 04/26/07 | 6 | 4 | $570.20 | PAID | $200.00 | $3.74 | $203.74 |
| Apr 2007 | 05/20/07 | 07/17/07 | 57 | 5 | $570.20 | PAID | $200.00 | $45.27 | $245.27 |
| May 2007 | 06/20/07 | 11/30/07 | 160 | 15 | $579.80 | $8,697.00 | $434.85 | $381.23 | $9,513.08 |
| Jun 2007 | 07/20/07 | 11/30/07 | 130 | 15 | $579.80 | $8,697.00 | $434.85 | $309.75 | $9,441.60 |
| Jul 2007 | 08/20/07 | 11/30/07 | 100 | 18 | $579.80 | $10,436.40 | $521.82 | $285.92 | $11,244.14 |
| Aug 2007 | 09/20/07 | 11/30/07 | 70 | 21 | $579.80 | $12,175.80 | $608.79 | $233.50 | $13,018.09 |
| Sep 2007 | 10/20/07 | 11/30/07 | 40 | 22 | $579.80 | $12,755.60 | $637.78 | $139.78 | $13,533.16 |
| Oct 2007 | 11/20/07 | 11/30/07 | 10 | 23 | $579.80 | $13,335.40 | $666.77 | $36.53 | $14,038.70 |
| TOTALS | | | | | | $78,071.40 | $7,302.70 | $4,010.15 | $89,384.25 |

ESTIMATED TOTAL DUE    89,384.25

Ca-svc/Reconciliations/AandB Maintenance.xls
Created on: 11/21/07

Page 1 of 1


EXHIBIT C