PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>A & B MAINTENANCE, INC., a California corporation,<br><br>Defendant. | Case No.:   C 07-04945 TEH<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On December 13, 2007, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**REDACTED VERSION OF DECLARATION OF ADOLF GAMEZ IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT BY DEFAULT**

**UNREDACTED DECLARATION OF ADOLF GAMEZ IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT BY DEFAULT, FILED UNDER SEAL**

**REDACTED VERSION OF DECLARATION OF CRYSTAL SHANKS IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT BY DEFAULT**

1

**UNREDACTED DECLARATION OF CRYSTAL SHANKS IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT BY DEFAULT, FILED UNDER SEAL**

XX   MAIL, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

> A & B Maintenance, Inc.
> 405 East Gardena Blvd., Suite A
> Gardena, CA   90247

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 13th day of December, 2007 at San Francisco, California.

_____
Julie Jellen