IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A & B MAINTENANCE, INC.,<br><br>Defendant. | NO. CO7-4945 TEH<br><br>STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND SCHEDULE AUDIT; ORDER BASED THEREON |

## STIPULATION

WHEREAS, upon the application of Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee and RAYMOND C. NANN, Trustee ("Plaintiffs"), the Clerk entered default against Defendant A&B MAINTENANCE, INC. ("Defendant") on October 26, 2007;

WHEREAS, upon the motion of Plaintiffs the Court entered a partial default judgment against Defendant A&B MAINTENANCE, INC. ("Defendant") on December 21, 2007;

///

WHEREAS, in connection with the entry of partial default judgment, the Court issued an order on December 21, 2007 that Defendant, among other things, submit to an audit by Plaintiffs no later than 30 days from the date of said order;

The Plaintiffs and Defendant (collectively, "Parties"), through their respective counsels, have agreed to the following:

1. Plaintiffs stipulate to set aside the entry of default and partial default judgment;

2. Defendant shall file and serve a response to Plaintiffs' Complaint within 48 hours of the Court's execution of the Order based on the herein Stipulation.

3. Defendant shall submit to an audit by Plaintiffs no later than January 28, 2008.

///

///

///

///

///

///

///

///

2

4. The Parties jointly request that this Court set a date for the initial case management conference.

Dated: January ____, 2008

**SALTZMAN & JOHNSON**

By: <u>Signature Page Attached</u>
Phillip Miller, Esq.
Kristen McCullough, Esq.
Attorneys for Plaintiffs
CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee and RAYMOND C. NANN.

Dated: January 23, 2008

**MARTIN & MARTIN, LLP**

By: /s/ Rosa Kwong
Areva D. Martin, Esq.
Rosa Kwong, Esq.
Attorneys for Defendant
A&B MAINTENANCE, INC.

**IT IS SO ORDERED:**

**DATED:**

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

The Plaintiffs and Defendant (collectively, "Parties"), through their respective counsels, have agreed to the following:

1. Plaintiffs stipulate to set aside the entry of default and partial default judgment;

2. Defendant shall file and serve a response to Plaintiffs' Complaint within 48 hours of the Court's execution of the Order based on the herein Stipulation.

3. Defendant shall submit to an audit by Plaintiffs no later than January 28, 2008.

4. The Parties jointly request that this Court set a date for the initial case management conference.

DATED: Jan. 23rd 2008     SALTZMAN & JOHNSON

By: *Phillip M Miller*
Phillip Miller
Kristen McCullough
Attorneys for Plaintiffs
CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee and RAYMOND C. NANN

DATED:                    MARTIN & MARTIN, LLP