1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                 IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   (SAN FRANCISCO DIVISION)

10

| | |
|---|---|
| 11  CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES 12  GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee, 13  Plaintiffs, 14  vs. 15  A & B MAINTENANCE, INC., a California 16  corporation, 17  Defendant. | Case No.:   C 07-04945 TEH **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

18

19  TO THE COURT CLERK AND ALL PARTIES OF RECORD:

20        Pursuant to Civil L.R. 3-16, the undersigned certifies that union employees of Defendant A

21  & B Maintenance, Inc., too numerous to list, who were employed during October 1, 2005 through

22  December 31, 2007 could have a financial interest in the subject matter in controversy.

23  Date:  January 29, 2008                    SALTZMAN & JOHNSON LAW CORPORATION
                                               Philip M. Miller
24                                             Kristen McCulloch

25

26

27  By: _Kristen McCulloch_
                                               Kristen McCulloch,
28                                             Attorneys for Plaintiffs

                                   1         CERTIFICATION OF INTERESTED ENTITIES OR
P:\CLIENTS\CSEHT\Cases\A&B Maintenance\PLEADINGS\Certification LR 3-16 012808.doc.doc

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 29, 2008, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIVIL LOCAL RULE 3-16**

<u>XX</u>    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

Areva D. Martin
Rosa Miu-Ching Kwong
Martin & Martin, LLP
3530 Wilshire Blvd. Suite 1650
Los Angeles, CA 90010-2313

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 29th day of January, 2008 at San Francisco, California.

_____
Andrea Gonzalez