IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A & B MAINTENANCE, INC.,<br><br>Defendant. | NO. CO7-4945 TEH<br><br>STIPULATION TO CONTINUE FRCP RULE 26 DISCLOSURES AND CASE MANAGEMENT CONFERENCE HEARING;<br><br>DECLARATION OF AREVA D. MARTIN PURSUANT TO LOCAL RULE 6-2(a);<br><br>ORDER BASED THEREON |

## STIPULATION

WHEREAS, Defendant A&B MAINTENANCE, INC. ("Defendant") has filed and served its Answer to the Complaint and Counterclaim against the Plaintiffs;

WHEREAS, the Court has set a Case Management Conference for March 10, 2008;

WHEREAS, under FRCP Rule 12(f)(6), Plaintiffs and Defendant ("Parties") are required to submit their Joint Case Management Statement and Initial Disclosures to the court no later than March 3, 2008;

1  WHEREAS, the Parties have agreed to stay temporarily the litigation as they
2  have entered into serious settlement negotiations and expect to resolve this matter;
3
4  WHEREAS, the Parties desire to conserve resources while they participate in
5  settlement negotiations;
6
7  THEREFORE, the Parties are stipulating to a 60-day continuance of the Case
8  Management Conference hearing from March 10 to May 12, 2008 or any date
9  thereafter that is most convenient for the court;
10
11  / / /
12  / / /
13
14  / / /
15  / / /
16
17  / / /
18  / / /
19
20  / / /
21  / / /
22
23  / / /
24  / / /
25  / / /
26
27  / / /
28  / / /

The Parties further stipulate to the corresponding continuance of the due date for submission of the Parties' Joint Case Management Statement and Initial Disclosures under FRCP Rule 26(a).

Dated: February 26, 2008               SALTZMAN & JOHNSON

                                       By: /s/ Philip M. Miller
                                       Phillip Miller, Esq.
                                       Kristen McCullough, Esq.
                                       Attorneys for Plaintiffs
                                       CALIFORNIA SERVICE
                                       EMPLOYEES HEALTH &
                                       WELFARE TRUST FUND, MIKE
                                       GARCIA, Trustee, CHARLES
                                       GILCHRIST, Trustee and
                                       RAYMOND C. NANN.

Dated: February 26, 2008               MARTIN & MARTIN, LLP

                                       By: _____
                                       Areva D. Martin, Esq.
                                       Rosa Kwong, Esq.
                                       Attorneys for Defendant
                                       A&B MAINTENANCE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**DATED:**                             _____
                                       **THELTON E. HENDERSON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**
                                       **NORTHERN DISTRICT**

3