**MARTIN & MARTIN, LLP**
Areva D. Martin, Esq. (State Bar No. 131397)
Rosa M. Kwong, Esq. (State Bar No. 129811)
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Telephone: (213) 388-4747
Facsimile: (213) 388-6655

Attorneys for Defendant, A&B MAINTENANCE, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A & B MAINTENANCE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | NO.: CO7-4945 TEH <br><br> **The Honorable Thelton E. Henderson** <br><br> **DECLARATION OF AREVA D. MARTN IN SUPPORT OF STIPULATION TO CONTINUE CMC HEARING AND EXCHANGE OF INITIAL DISCLOSURES STATEMENT [FRCP RULE 6-2]** |

### DECLARATION OF AREVA D. MARTIN

I, Areva D. Martin, declare as follows:

---

**Declaration of Areva D. Martin in Support of Stipulation to Continue CMC**

1. I am an attorney at law licensed to practice before all of the courts in the State of California and the Northern District of the United States District Court and a partner with Martin & Martin, LLP, attorneys of record for A& B MAINTENANCE, INC., the defendant in the above entitled action.

2. I am submitting this declaration based on my personal knowledge.

3. As indicated in the accompanying Stipulation, the Parties have commenced in settlement negotiations.

4. In the meantime, the Court has set a Case Management Conference hearing for March 10, 2008, meaning that the Parties must satisfy meet and confer requirements, complete the Joint Initial Disclosures Statement and file the Statement no later than March 3, 2008.

5. Unless the Court continues the Case Management Conference and the corresponding due date for the Statement, the Parties will be obliged to incur fees and costs in litigation while attempting to negotiate a settlement.

6. This is the Parties' first and only request for continuance or modification of a hearing date set by the court.

7. The court has not yet issued a pre-trial scheduling order. Therefore, the continuances to which the Parties are stipulating will not affect the overall schedule for this case.

I declare under the penalty of perjury set forth in the laws of the State of California and the federal laws that the foregoing are true and correct. If called upon to testify thereto, I will do so competently and willingly.

Executed February 26, 2008 in Los Angeles, California.

_____
AREVA D. MARTIN

2

**DECLARATION OF AREVA D. MARTIN IN SUPPORT OF STIPULATION TO CONT. CMC**