IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A & B MAINTENANCE, INC.,<br><br>Defendant. | NO. CO7-4945 TEH<br><br>STIPULATION TO CONTINUE FRCP RULE 26 DISCLOSURES AND CASE MANAGEMENT CONFERENCE HEARING;<br><br>DECLARATION OF AREVA D. MARTIN PURSUANT TO LOCAL RULE 6-2(a);<br><br>ORDER BASED THEREON |

## STIPULATION

WHEREAS, Defendant A&B MAINTENANCE, INC. ("Defendant") has filed and served its Answer to the Complaint and Counterclaim against the Plaintiffs;

WHEREAS, the Court has set a Case Management Conference for March 10, 2008;

WHEREAS, under FRCP Rule 12(f)(6), Plaintiffs and Defendant ("Parties") are required to submit their Joint Case Management Statement and Initial Disclosures to the court no later than March 3, 2008;

1

WHEREAS, the Parties have agreed to stay temporarily the litigation as they have entered into serious settlement negotiations and expect to resolve this matter;

WHEREAS, the Parties desire to conserve resources while they participate in settlement negotiations;

THEREFORE, the Parties are stipulating to a 60-day continuance of the Case Management Conference hearing from March 10 to May 12, 2008 or any date thereafter that is most convenient for the court;

///

///

///

///

///

///

///

///

///

///

///

///


1  The Parties further stipulate to the corresponding continuance of the due date for submission of the Parties' Joint Case Management Statement and Initial Disclosures under FRCP Rule 26(a).

Dated: February 26, 2008

SALTZMAN & JOHNSON

By: /s/ Phillip M. Miller
Phillip Miller, Esq.
Kristen McCullough, Esq.
Attorneys for Plaintiffs
CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee and RAYMOND C. NANN.

Dated: February 26, 2008

MARTIN & MARTIN, LLP

By: /s/
Areva D. Martin, Esq.
Rosa Kwong, Esq.
Attorneys for Defendant
A&B MAINTENANCE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The case management conference shall be continued to May 12, 2008 at 1:30 PM. The parties shall file a joint case management statement on or before May 5, 2008.

**DATED:** 02/26/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

3