**MARTIN & MARTIN, LLP**
Areva D. Martin, Esq. (State Bar No. 131397)
Rosa M. Kwong, Esq. (State Bar No. 129811)
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Telephone: (213) 388-4747
Facsimile: (213) 388-6655

Attorneys for Defendant, A&B MAINTENANCE, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A & B MAINTENANCE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | NO.: CO7-4945 TEH <br><br> The Honorable Thelton E. Henderson <br><br> **DEFENDANT A&B MAINTENANCE, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM** |

TO PLAINTIFFS AND ITS ATTORNEYS OF RECORD:

---

PLEASE TAKE NOTICE that Defendant A&B MAINTENANCE, INC. is voluntarily dismissing, without prejudice, its counterclaim against Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee and LARRY T. SMITH, Trustee, filed concurrently with Defendant's answer to the Complaint on February 20, 2008.

Said Notice of Dismissal is submitted pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Dated: March 12, 2008              **MARTIN & MARTIN, LLP**

By: _____
Areva D. Martin, Esq.
Rosa M. Kwong, Esq.
Attorneys for Defendant and Counterclaimant
A&B MAINTENANCE, INC.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3530 Wilshire Boulevard, Suite 1650, Los Angeles, California 90010.

On **March 13, 2008**, I served the foregoing document described as **DEFENDANT A&B MAINTENANCE, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Philip M. Miller, Esq.          (Via E-Mail to: pmiller@sjlawcorp.com and U.S. Mail)
SALTZMAN & JOHNSON LC
120 Howard Street, Suite 520
San Francisco, California 94105

☑ **BY MAIL:** I am familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ **BY ELECTRONIC SERVICE:** I caused delivery of the above document to be sent to the person at the e-mail address listed above.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ **FEDERAL** I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on **March 13, 2008**, at Los Angeles, California.

_____
Shontel Johnson

DEFENDANT A&B MAINTENANCE, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM