1 | **MARTIN & MARTIN, LLP**
2 | Areva D. Martin, Esq. (State Bar No. 131397)
  | Rosa M. Kwong, Esq. (State Bar No. 129811)
3 | 3530 Wilshire Boulevard, Suite 1650
4 | Los Angeles, California 90010
  | Telephone: (213) 388-4747
5 | Facsimile: (213) 388-6655
6 |
  | Attorneys for Defendant, A&B MAINTENANCE, INC.
7 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al., | ) ) ) | NO.: CO7-4945 TEH |
|---|---|---|
| Plaintiffs, | ) ) ) | **The Honorable Thelton E. Henderson** |
| v. | ) ) ) | **DEFENDANT A&B MAINTENANCE, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM** |
| A & B MAINTENANCE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| AND RELATED COUNTERCLAIM | ) ) ) | |

### TO PLAINTIFFS AND ITS ATTORNEYS OF RECORD:

---

**DEFENDANT A&B MAINTENANCE, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM**

PLEASE TAKE NOTICE that Defendant A&B MAINTENANCE, INC. is voluntarily dismissing, without prejudice, its counterclaim against Plaintiffs CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee and LARRY T. SMITH, Trustee, filed concurrently with Defendant's answer to the Complaint on February 20, 2008.

Said Notice of Dismissal is submitted pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Dated: March 12, 2008

MARTIN & MARTIN, LLP

By: _____
Areva D. Martin, Esq.
Rosa M. Kwong, Esq.
Attorneys for Defendant and Counterclaimant
A&B MAINTENANCE, INC.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
03/14/08