| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
| | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | pmiller@sjlawcorp.com |
| 5 | kmcculloch@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee, | Case No.: C 07-04945 TEH |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| A & B MAINTENANCE, INC., a California corporation, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation will relocate its office. **Effective May 5, 2008, c**opies of all pleadings, notices and other papers should be sent to:

**Saltzman & Johnson Law Corporation**
**44 Montgomery Street, Suite 2110**
**San Francisco, California   94104**
**Telephone:  415-882-7900**
**Facsimile:  415-882-9287**

Please note that the telephone and facsimile numbers have not changed.

Dated:  April 23, 2008              SALTZMAN & JOHNSON LAW CORPORATION

_____/S/_____
Philip M. Miller
Kristen McCulloch
Attorneys for Plaintiffs

**PROOF OF SERVICE**

I the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 23, 2008, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF CHANGE OF ADDRESS**

<u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**Areva D. Martin**
**Rosa Miu-Ching Kwong**
**Martin & Martin, LLP**
**3530 Wilshire Blvd. Suite 1650**
**Los Angeles, CA 90010-2313**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2008 at San Francisco, California.

/S/
Julie Jellen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P:\CLIENTS\CSEHT\Cases\A&B Maintenance\PLEADINGS\ADDRESS CHANGE NOTICE.DOC.doc    Case No.:  C 07-04945 TEH