UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date:** May 12, 2008

**Case No:** C 07-04945 TEH

**Case Title:** CA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al. v. A&B MAINTENANCE INC.

**Appearances:**

    For Plaintiff(s): Kristen McCulloch

    For Defendant(s): Rosa Kwong

**Deputy Clerk:** Rowena B. Espinosa      **Court Reporter:** not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Monday, 06/30/08 at 1:30 PM for Further CMC**

### SUMMARY

- Parties shall file a joint CMC statement 5 days prior to the next hearing.