UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:**  Thelton E. Henderson

**Date**:  June 30, 2008

**Case No:** C 07-04945 TEH

**Case Title**:  CA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al. v. A&B MAINTENANCE INC.

**Appearances:**

    For Plaintiff(s): Kristen McCulloch

    For Defendant(s): Rosa Kwong

**Deputy Clerk**:  Rowena B. Espinosa              **Court Reporter**: not reported

## *PROCEEDINGS*

1.  Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to:  **Monday, 09/08/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- Case referred to mediation.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.

```
cc: ADR
```