IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

A & B MAINTENANCE, INC.,

Defendant.

NO. C07-4945 TEH

ORDER RE: DISCOVERY

At the June 30, 2008 case management conference, the Court ordered Plaintiffs to fax, with a copy to the Court, their discovery requests to Defendants. The Court then ordered Defendants to identify immediately, by fax to Plaintiffs with a copy to the Court, any documents that could not be produced as well as the reason why they could not be produced. The Court has received both faxes[1] and now issues the following order: This Court has not ordered and does not now order that discovery be limited to issues related to settlement preparation. To the contrary, discovery shall be governed by the Federal Rules of Civil Procedure. In particular, Rule 26(b) provides that discovery may be had "regarding any nonprivileged matter that is relevant to any party's claim or defense," and that "[r]elevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b).

**IT IS SO ORDERED.**

Dated: 07/09/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] These discovery exchanges were not filed in the Court's docket. However, should subsequent disputes arise, the Court may order that they be so filed.