1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiff

7  AREVA D. MARTIN (SBN 131397)
   ROSA KWONG (SBN 129811)
8  MARTIN & MARTIN, LLP
   35030 Wilshire Boulevard, Suite 1650
9  Los Angeles, CA 90010
   (213) 388-4747
10 (213) 385-5666 – Facsimile
   amrtin@martin-martin.net
11 rkwong@marting-martin.net

12 Attorneys for Defendant

13
                    IN THE UNITED STATES DISTRICT COURT
14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           (SAN FRANCISCO DIVISION)
15

16 CALIFORNIA SERVICE EMPLOYEES          Case No.:   C 07-04945 TEH
   HEALTH & WELFARE TRUST FUND,
17 MIKE GARCIA, Trustee, CHARLES         **JUDGMENT PURSUANT TO**
   GILCHRIST, Trustee, RAYMOND C. NANN,  **STIPULATION**
18 Trustee, LARRY T. SMITH, Trustee,

19        Plaintiff,

20 vs.

21 A & B MAINTENANCE, INC., a California
   corporation,
22
          Defendant.
23

24

25        IT IS HEREBY STIPULATED by and between the parties hereto, that the Judgment may

26 be entered in the within action in favor of the Plaintiff California Service Employees Health &

27 Welfare Trust Fund (hereinafter "Trust Fund") and against defendant A & B MAINTENANCE,

28 INC., a California corporation, as follows:

                                           1
                             JUDGMENT PURSUANT TO STIPULATION

1.     Defendant entered into a valid Collective Bargaining Agreement ("Bargaining Agreement") with a local union affiliated with the Service Employees International Union ("SEIU") (hereinafter "Bargaining Agreement"). This Bargaining Agreement has continued in full force and effect to the present time.

2.     Defendant is indebted to the Trust Funds for amounts due and owing under the terms of the Bargaining Agreement and Trust Agreements as follows:

| | |
|---|---|
| Net underpaid contributions for the period October 1, 2005 through December 31, 2007 ($154,468.60 less $10,000 claimed offset) | $144,468.60 |
| Liquidated Damages (20%) | 30,893.72 |
| Interest ($13,843.95 plus 150 days @ $16.86 per day) | 16,372.95 |
| Audit Fees | 5,539.00 |
| Attorneys Fees and Costs through July 15, 2008 | 20,000.00 |
| TOTAL | $217,274.27 |

3.     A writ of execution may be obtained against Defendant without further notice, in the amount of the unpaid balance, plus any additional amounts, including post-judgment interest and all additional costs and attorneys' fees incurred by Trust Fund in connection with collection and allocation of the amounts owed by Defendant to Trust Fund under this Stipulation.

4.     Defendant expressly waives all rights to stay of execution and appeal.

5.     The parties further stipulate that this Court shall retain jurisdiction of this matter and specifically consent to the authority of a Magistrate Judge for all proceedings, including, but not limited to, Plaintiff' obtaining a writ of execution herein..

6.     Any failure on the part of the Plaintiffs, including Trust Fund, to take any action against Defendant as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach by the Defendant of any provisions herein.

7.     Plaintiffs, including Trust Fund, specifically reserve all rights to bring a subsequent action against Defendant for the collection of any additional contribution delinquencies found to

1 │ be due for the hours worked during the periods not set forth in paragraph 2 of this Stipulation.

2 │ Defendant specifically waives the defense of the doctrine of *res judicata* in any such action.

3 │      8.    In the event of the filing of a bankruptcy petition by Defendant, the parties agree

4 │ that any payments made by Defendant pursuant to the terms of this judgment, shall be deemed to

5 │ have been made in the ordinary course of business as provided under 11 U.S.C. Section 547(c)(2)

6 │ and shall not be claimed by Defendant as a preference under 11 U.S.C. Section 547 or otherwise.

7 │      9.    Upon entry of judgment, the parties herein request the dismissal of this action

8 │ without prejudice.

10 │ Dated: ___8/8___, 2008

    signature for
    A & B Maintenance, Inc.

Thomas Dunn General Manager
    print name and title for
    A & B Maintenance, Inc.

15 │ Dated: ___8/8___, 2008

    Martin & Martin, LLP
    Areva D. Martin
    Rosa Miu-Ching Kwong

    Areva D. Martin,
    Attorneys for Defendant

20 │ Dated: ___July 18___, 2008

    SALTZMAN & JOHNSON LAW CORPORATION
    Philip M. Miller
    Kristen McCulloch

    Philip M Miller
    Philip M. Miller,
    Attorneys for Plaintiff

26 │ IT IS SO ORDERED.

27 │ Dated: _____ ____, 2008

    The Honorable THELTON E. HENDERSON
    UNITED STATES DISTRICT JUDGE

JUDGMENT PURSUANT TO STIPULATION

1

## PROOF OF SERVICE

2       I am employed in the County of San Francisco, State of California.  I am over the age of

3    eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110,

4    San Francisco, California 94104.

5       On August 18, 2008, I served the following document on the parties to this action,

6    addressed as follows, in the manner described below:

7                          **JUDGMENT PURSUANT TO STIPULATION**

8    <u>XX</u>    **MAIL,** being familiar with the practice of this office for the collection and the processing
            of correspondence for mailing with the United States Postal Service, and deposited in the
9            United States Mail copies of the same to the business addresses set forth below, in a sealed
            envelope fully prepared.

10
     *Addressed to:*
11
            Areva D. Martin
12          Rosa Miu-Ching Kwong
            Martin & Martin, LLP
13          3530 Wilshire Blvd. Suite 1650
            Los Angeles, CA 90010-2313
14
        I declare under penalty of perjury that the foregoing is true and correct and that this
15
     declaration was executed on this 18th day of August, 2008 at San Francisco, California.
16

17

18                                              _____
                                                Julie Jellen
19

20

21

22

23

24

25

26

27

28