1 | PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, California 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
5 | kmcculloch@sjlawcorp.com

6 | Attorneys for Plaintiff

7 | AREVA D. MARTIN (SBN 131397)
ROSA KWONG (SBN 129811)
8 | MARTIN & MARTIN, LLP
35030 Wilshire Boulevard, Suite 1650
9 | Los Angeles, CA 90010
(213) 388-4747
10 | (213) 385-5666 – Facsimile
amrtin@martin-martin.net
11 | rkwong@marting-martin.net

12 | Attorneys for Defendant

13

14 | IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

15

16 | CALIFORNIA SERVICE EMPLOYEES
HEALTH & WELFARE TRUST FUND,
17 | MIKE GARCIA, Trustee, CHARLES
GILCHRIST, Trustee, RAYMOND C. NANN,
18 | Trustee, LARRY T. SMITH, Trustee,

Case No.:   C 07-04945 TEH

**JUDGMENT PURSUANT TO
STIPULATION**

19 |       Plaintiff,

20 | vs.

21 | A & B MAINTENANCE, INC., a California
corporation,

22

23 |       Defendant.

24

25 |       IT IS HEREBY STIPULATED by and between the parties hereto, that the Judgment may

26 | be entered in the within action in favor of the Plaintiff California Service Employees Health &

27 | Welfare Trust Fund (hereinafter "Trust Fund") and against defendant A & B MAINTENANCE,

28 | INC., a California corporation, as follows:

1

1.    Defendant entered into a valid Collective Bargaining Agreement ("Bargaining Agreement") with a local union affiliated with the Service Employees International Union ("SEIU") (hereinafter "Bargaining Agreement"). This Bargaining Agreement has continued in full force and effect to the present time.

2.    Defendant is indebted to the Trust Funds for amounts due and owing under the terms of the Bargaining Agreement and Trust Agreements as follows:

| | |
|---|---|
| Net underpaid contributions for the period October 1, 2005 through December 31, 2007 ($154,468.60 less $10,000 claimed offset) | $144,468.60 |
| Liquidated Damages (20%) | 30,893.72 |
| Interest ($13,843.95 plus 150 days @ $16.86 per day) | 16,372.95 |
| Audit Fees | 5,539.00 |
| Attorneys Fees and Costs through July 15, 2008 | 20,000.00 |
| TOTAL | $217,274.27 |

3.    A writ of execution may be obtained against Defendant without further notice, in the amount of the unpaid balance, plus any additional amounts, including post-judgment interest and all additional costs and attorneys' fees incurred by Trust Fund in connection with collection and allocation of the amounts owed by Defendant to Trust Fund under this Stipulation.

4.    Defendant expressly waives all rights to stay of execution and appeal.

5.    The parties further stipulate that this Court shall retain jurisdiction of this matter and specifically consent to the authority of a Magistrate Judge for all proceedings, including, but not limited to, Plaintiff' obtaining a writ of execution herein..

6.    Any failure on the part of the Plaintiffs, including Trust Fund, to take any action against Defendant as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach by the Defendant of any provisions herein.

7.    Plaintiffs, including Trust Fund, specifically reserve all rights to bring a subsequent action against Defendant for the collection of any additional contribution delinquencies found to

2

JUDGMENT PURSUANT TO STIPULATION

1   be due for the hours worked during the periods not set forth in paragraph 2 of this Stipulation.

2   Defendant specifically waives the defense of the doctrine of *res judicata* in any such action.

3       8.     In the event of the filing of a bankruptcy petition by Defendant, the parties agree

4   that any payments made by Defendant pursuant to the terms of this judgment, shall be deemed to

5   have been made in the ordinary course of business as provided under 11 U.S.C. Section 547(c)(2)

6   and shall not be claimed by Defendant as a preference under 11 U.S.C. Section 547 or otherwise.

7       9.     Upon entry of judgment, the parties herein request the dismissal of this action

8   without prejudice.

10   Dated: ___8/8___, 2008

11                 signature for
A & B Maintenance, Inc.

12

13           Thomas Dunn  General Manager
print name and title for
A & B Maintenance, Inc.

14

15   Dated: ___8/8/08___, 2008      Martin & Martin, LLP

16                      Areva D. Martin
Rosa Miu-Ching Kwong

18                      Areva D. Martin,

19                      Attorneys for Defendant

20   Dated: ___July 18___, 2008    SALTZMAN & JOHNSON LAW CORPORATION

21                      Philip M. Miller
Kristen McCulloch

24                      Philip M Miller

25                      Philip M. Miller,
Attorneys for Plaintiff

26   IT IS SO ORDERED.

27   Dated: ___08/19___, 2008

28                      The Honorable THELTON
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

3

JUDGMENT PURSUANT TO STIPULATION