IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A & B MAINTENANCE, INC.,<br><br>Defendant. | NO. C07-4945 TEH<br><br>ORDER DENYING PLAINTIFFS' APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAMINATION |

This matter comes before the Court on Plaintiffs' application for reference to a magistrate judge for a judgment debtor examination. Plaintiffs noticed their application for hearing on November 3, 2008, but the Court does not find oral argument or any responsive briefing to be necessary.

Plaintiffs request that the Court refer this matter to a magistrate judge in the Central District of California. However, this Court has no authority to refer matters to a magistrate judge in another district. Accordingly, Plaintiffs' application is DENIED. If Plaintiffs continue to seek a judgment debtor examination in the Central District of California, then they may wish to consider whether registration of the judgment in the Central District under 28 U.S.C. § 1963 would be proper.

**IT IS SO ORDERED.**

Dated: 09/26/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT